# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JON BUSH,<br><br>　　　　Defendant. | No. 13-CR-3027-LRR<br><br>**ORDER** |

_____

The matter before the court is Defendant Michael Jon Bush's "Unresisted Motion to Continue Sentencing Hearing" ("Motion") (docket no. 41), which Defendant filed on April 9, 2014. For the reasons stated in the Motion, the Motion is **GRANTED**. The sentencing hearing scheduled for April 14, 2014 is **CANCELED**. The court will hold a telephone conference with counsel of record on **Monday, April 14, 2014 at 10:00 a.m.** to set a new sentencing date. The court will notify counsel via e-mail of the telephone number and access code to call for the scheduled conference.

**IT IS SO ORDERED.**

**DATED** this 11th day of April, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA